In the Matter of TORPEDO DRESS CORPORATION.

CITY OF NEW YORK, Appellant; STATE OF NEW YORK et al., Respondents.

Submitted April 7, 1941; decided April 17, 1941.

Motion for reargument or to amend the remittitur denied, with ten dollars costs and necessary printing disbursements. (See 285 N. Y. 626.)

In the Matter of the Estate of EUGENE V. R. THAYER, Deceased.

STATE TAX COMMISSION, Appellant; CARL J. SCHMIDLAPP et al., as Executors of EUGENE V. R. THAYER, Deceased, Respondents.

Argued April 7, 1941; decided April 17, 1941.

*Thomas A. Ryan, Daniel G. Tenney, Jr.,* and *Willard A. Mitchell* for motion.

*Mortimer M. Kassell, Harry T. O'Brien, Jr.,* and *Jerome M. Hirsch,* opposed.

Motion denied, with ten dollars costs.